UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JUDITH ADELA FERNANDEZ MARTINEZ, *on behalf of herself and all others similarly situated*,

                          Plaintiff,                    25-CV-4034 (JMF)

            -v-                                       ORDER

VOGUE INTERNATIONAL LLC,

                          Defendant.
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: May 16, 2025
       New York, New York

                                                        JESSE M. FURMAN
                                                      United States District Judge