UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDITH ADELA FERNANDEZ MARTINEZ, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

v.

VOGUE INTERNATIONAL LLC,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:25-cv-4034

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), JUDITH ADELA FERNANDEZ MARTINEZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, VOGUE INTERNATIONAL LLC.

Dated:   New York, New York
           October 30, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Michael A. LaBollita
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge

November 3, 2025

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.